IRVY MYERS, Respondent, *v.* NESTLE'S FOOD COMPANY,
INC., Appellant.

*Contract — sale — action to recover contract price of goods sold and
delivered.*

*Myers* v. *Nestle's Food Co., Inc.,* 208 App. Div. 857, affirmed.

(Submitted January 30, 1925; decided February 25, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 29, 1924, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover the contract price of milk sold and delivered by plaintiff to the defendant. There was no dispute as to the quantity or quality of milk furnished by the plaintiff. The defendant claimed that the plaintiff failed to establish a valid contract; that there was a written agreement in which all the oral contracts merged; that the prices posted by the defendant on its creamery should control, and finally that there was an accord and satisfaction of the plaintiff's claim.

*Coleman E. Andel* and *Richard J. Kent* for appellant.
*J. F. Halstead* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND and LEHMAN, J.   Not voting: CRANE, J.   Absent: McLAUGHLIN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant,
*v.* MARY MIKULEC, Respondent.

*Crimes — murder in second degree — judgment of conviction properly
reversed.*

*People* v. *Mikulec,* 207 App. Div. 505, affirmed.

(Submitted January 30, 1925; decided February 25, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 15, 1924, reversing a judgment of the Rensselaer County Court, rendered upon a verdict convicting the defendant of the crime of murder in the second degree and granting a new trial.